UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: KIMBERLY TRAXLER, No. 14-10292

Debtor.

## ORDER COMPELLING ABANDONMENT OF PROPERTY

THIS MATTER is before the Court on the Motion to Compel Abandonment of Property (the "Motion") filed by creditor Joseph E. Garcia. *See* Docket No. 22. Mr. Garcia seeks abandonment of a home he purchased with the Debtor as joint tenants in 2005. The Court held a preliminary hearing on the Motion on June 26, 2014 at 10:00 a.m. Lillian Apodaca appeared for Mr. Garcia. Jane Rocha de Gandara appeared for the Debtor. At the preliminary hearing, the Debtor, by counsel, consented to the Court entering an order compelling abandonment of the subject property. No other party objected to the Court granting such relief.

WHEREFORE, in accordance with the Court's ruling at the June 26, 2014 preliminary hearing, IT IS HEREBY ORDERED that the home located at 23 Buckbrush, Los Lunas, NM 87031 is abandoned from the bankruptcy estate, if and to the extent the estate has an interest in such property. The legal description of the property is as follows:

> Lot numbered Six (6) in Block numbered Seven (7)m Unit 2, LAS MARAVILLAS, as the same is shown and designated on the Plat thereof, filed in the Office of the County Clerk of Valencia County, New Mexico on September 14, 1990, in Plat Cabinet "H," Folio 7.

_____
ROBERT H. JACOBVITZ
United States Bankruptcy Judge

Date entered on docket: June 30, 2014

COPY TO:

Jane Rocha de Gandara
505 Main St SW
Los Lunas, NM 87031-8456

Lillian G Apodaca
2420 Comanche Rd., NE, Suite H-6
Albuquerque, NM 87107-4633